UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **MARILYN THEARD, R.N.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 11-1502** |
| **MARY T. BEZETJOE, ET AL.** | **SECTION "I" (3)** |

**ORDER**

The Court, having considered the petition, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the objection by plaintiff, Marilyn Theard, which is hereby **OVERRULED**, approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion.  Accordingly,

**IT IS ORDERED** that plaintiff Marilyn Theard's complaint is dismissed with prejudice.

**IT IS FURTHER ORDERED** that the Motion to Open a Lawsuit Against La Capitol FCU [Doc. #4] and the Motion to Continue Lawsuit Against La Capitol FCU Do [sic] to Their Lack of Evidence and Under Color of State Law [Doc. #5] are DENIED.

New Orleans, Louisiana, this  28th  day October, 2011.

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE